IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:08-cr-28-RS
  5:11-cv-344-RS-EMT

EULADIO SANTIAGO, JR.,

    Petitioner.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 98). No objections were filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 97) is **SUMMARILY DISMISSED,** as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the file.

**ORDERED** on July 15, 2014.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**